In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-056 CR


____________________



JOHN MANLEY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Jefferson County, Texas


Trial Cause No. 242097






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, John Manley, to withdraw
his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and attached to a motion presented by counsel of record. No opinion
has issued in this appeal. The motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered June 29, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.